STATE of Missouri, Plaintiff/Respondent,

v.

Carl TERRY, Defendant/Appellant.

Carl TERRY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 65067, 67817.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 7, 1996.

Application to Transfer Denied
March 26, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

PER CURIAM.

In this jury-tried case, defendant was charged with first degree murder * and

fendant was found guilty of first degree murder.

armed criminal action. The jury convicted him of second degree murder and armed criminal action. The trial court sentenced him as a prior and persistent offender to two consecutive life sentences. Thereafter, defendant filed a Rule 29.15 motion which was denied without an evidentiary hearing. He appeals both judgments.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

This is inconsistent with the jury's verdict and the court's oral pronouncement of second degree murder. Pursuant to Rule 30.23, we correct the

trial court's judgment to read second degree murder.